ROBERT S. BREWER, JR.
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8266
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **'19CV1652 AJB KSC** |
|---|---|
| Plaintiff, | COMPLAINT FOR FORFEITURE |
| v. | |
| ONE 2011 HONDA ACCORD SEDAN, CA. LICENSE 7WLC811, VIN: 1HGCP2F43BA092766, ITS TOOLS AND APPURTENANCES, | |
| Defendant. | |

By way of complaint against the defendant, ONE 2011 HONDA ACCORD SEDAN, CA. LICENSE 7WLC811, VIN: 1HGCP2F43BA092766, ITS TOOLS AND APPURTENANCES ("Honda Accord sedan"), the United States of America alleges:

1.  This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, and Title 21, United States Code, Section 881(a)(6), because the defendant Honda Accord sedan was used or intended for use to transport or facilitate transportation, sale, receipt, possession, or concealment of controlled substances in violation of Chapter 13 of Title 21, United States Code.

2.  Venue is proper in this district pursuant to Title 28, United States Code, Section 1395 because the defendant Honda Accord sedan was found in this district.

3.  On March 8, 2019, at approximately 10:19 a.m., at the Otay Mesa Port Of Entry in the Southern District of California, Jess Alvarez Gutierrez ("Alvarez Gutierrez"),

USAO:2019v00275:BCS/bfs

1 as the driver and sole occupant of the defendant Honda Accord sedan, attempted to exit the
2 Republic of Mexico, and enter the United States.

     A.    Upon his arrival at the vehicle primary inspection booth, Alvarez Gutierrez was greeted by U.S. Customs And Border Protection ("CBP") Officer Bray.

     B.    Alvarez Gutierrez presented his U.S. passport card, and told CBP Officer Bray he was driving home to San Bernardino, in the Central District of California.

     C.    Alvarez Gutierrez offered two (2) negative customs declarations, telling Officer Bray he was bringing nothing from Mexico into the United States.

     D.    Alvarez Gutierrez opened the trunk of the defendant Honda Accord sedan.

     E.    While inspecting the interior spaces of the trunk, Officer Bray lifted the lining on the interior floor or deck of the trunk.

     F.    Upon lifting the lining on the trunk floor or deck, Officer Bray immediately noticed plastic wrapped packages with unknown contents concealed in the quarter panel area.

     G.    CBP Officer Bray immediately summoned a CBP Canine Enforcement Officer ("CEO") and a CBP controlled substances-detection dog.

4. CBP CEO Hendee and his CBP controlled substances-detection dog "Candy" arrived at the primary inspection booth.

     A.    CEO Hendee used Candy to screen the defendant Honda Accord sedan.

     B.    CBP controlled substances-detection dog Candy alerted to the closed trunk of the defendant Honda Accord sedan.

     C.    After the trunk lid of the defendant Honda Accord sedan was again opened, Candy alerted to driver's side rear quarter panel inside the trunk.

     D.    Alvarez Gutierrez and the defendant Honda Accord sedan were referred to the nearby vehicle secondary inspection area for a more thorough examination.

//

5. In the vehicle secondary inspection area, the defendant Honda Accord sedan was examined using a Z-portal X-ray device.

   A. CBP Officer Rodriguez, the Z-portal operator, observed anomalies, or unidentified foreign objects, in the passenger doors and the rear quarter panels of the defendant Honda Accord sedan.

   B. CBP Officer Rodriguez reported his observations to other CBP officers assigned to examine the defendant Honda Accord sedan.

6. CBP Officer Cardona conducted an inspection of the defendant Honda Accord.

   A. Officer Cardona pulled back the lining of the interior trunk deck of the defendant Honda Accord sedan, and observed a host of plastic wrapped packages.

   B. Officer Cardona removed a total of 20 plastic wrapped packages from the rear quarter panels of the defendant Honda Accord sedan.

   C. Officer Cardona examined the rear seat of the defendant Honda Accord sedan, and noted it was loose and not bolted or otherwise secured to the floor.

   D. Officer Cardona discovered and removed three (3) plastic wrapped packages from under the rear seat.

   E. Officer Cardona removed the trim or decorative covers on the inside of each of the four (4) doors of the defendant Honda Accord sedan.

   F. Officer Cardona discovered many more plastic wrapped packages hidden in each of the four (4) doors.

   G. Officer Cardona discovered and removed a total of 43 plastic wrapped packages from the defendant Honda Accord sedan.

7. Forty-one (41) of the plastic wrapped packages discovered in and removed from the defendant Honda Accord sedan contained methamphetamine, a Schedule II Controlled Substance.

   A. The gross weight of the 41 packages of methamphetamine was approximately 21.96 kilograms (48.3 pounds).

8. Two (2) of the plastic wrapped packages discovered in and removed from the defendant Honda Accord sedan contained heroin, a Schedule I Controlled Substance.

    A. The gross weight of the two (2) packages of heroin was approximately 2.26 kilograms (5 pounds).

9. The defendant Honda Accord sedan was seized by the CBP officers for forfeiture to the United States as a conveyance used to smuggle controlled substances into the United States.

    A. The defendant Honda Accord sedan was removed from the port of entry, and delivered to a U.S. Government storage facility ("GOCO") in the Southern District of California.

10. On March 13, 2019, at the GOCO vehicle storage lot in the Southern District of California, CBP CEO Bence and his assigned CBP controlled substances detection dog "Roki" screened the defendant Honda Accord sedan.

    A. CBP controlled substances detection dog Roki alerted to the rear seat of the defendant Honda Accord sedan.

    B. CBP CEO Bence pulled back the cover on the rear seat, and discovered multiple plastic wrapped packages concealed within the rear seat.

    C. CBP CEO Bence immediately notified CBP Officer Moir of his discovery.

11. CBP Officer Moir conducted an inspection of the interior rear seating area of the defendant Honda Accord sedan.

    A. Officer Moir discovered and removed a total of nine (9) plastic wrapped packages.

    B. Six (6) of the plastic wrapped packages were concealed in the rear passenger side seat backrest.

    C. Three (3) of the plastic wrapped packages were concealed in the rear driver side seat backrest.

//

   D. The nine (9) plastic wrapped packages discovered in and removed from the defendant Honda Accord sedan contained methamphetamine, a Schedule II Controlled Substance.

   E. The gross weight of the nine (9) packages of methamphetamine was approximately 5.43 kilograms (11.9 pounds).

 12. Agents of the U.S. Homeland Security Investigations ("HSI") evaluated the defendant Honda Accord sedan and the approximately 52 plastic wrapped packages of controlled substances concealed aboard.

   A. The HSI agents were highly trained and experienced investigating controlled substances such as methamphetamine and heroin, and those who smuggle such substances into the United States.

   B. Based upon the quantity of methamphetamine and heroin discovered aboard the defendant Honda Accord sedan, the way the methamphetamine and heroin was packaged, and a number of other factors, the agents concluded it was transported by Alvarez Gutierrez for the purpose of selling or delivering it to other persons for commercial distribution, and not for his personal consumption.

 13. The defendant 2011 Honda Accord sedan constitutes a conveyance, used or intended to be used to transport or to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance, to wit: methamphetamine a Schedule II Controlled Substance, and heroin, a Schedule I Controlled Substance, in violation of Chapter 13, Title 21, United States Code.

 14. As a result of the foregoing, the defendant 2011 Honda Accord sedan is liable to condemnation and to forfeiture to the United States for its use in accordance with Title 21, United States Code, Section 881(a)(4).

 15. The defendant 2011 Honda Accord sedan is presently stored within the jurisdiction of this Court.

//

//

5

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant 2011 Honda Accord sedan, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: August 30, 2019

    ROBERT S. BREWER, JR.
United States Attorney

s/ Bruce C. Smith
BRUCE C. SMITH
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: bruce.smith@usdoj.gov

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
ONE 2011 HONDA ACCORD SEDAN, CA. LICENSE 7WLC811, VIN: 1HGCP2F43BA092766, ITS TOOLS AND

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AUSA Bruce C. Smith, Phone: (619) 546-8266
USAO, 880 Front Street, Room 6293, San Diego, CA 92101-8893

Attorneys (If Known)
'19CV1652 AJB KSC

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
21 U.S.C. Section 881(a)(6)
Brief description of cause:
Narcotics Trafficking

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 08/30/2019
SIGNATURE OF ATTORNEY OF RECORD: s/ Bruce C. Smith

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## VERIFICATION

I, David Owen, state and declare as follows:

1. I am a Special Agent with Homeland Security Investigations, and am one of the agents assigned to this investigation.

2. I have read the foregoing Complaint For Forfeiture and know its contents.

3. The facts set forth in the Complaint For Forfeiture are based upon my own knowledge or were facts furnished to me by other United States law enforcement personnel, civilian witnesses, or other official Government sources.

Based on this information, I believe the allegations in the Complaint For Forfeiture to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on August 30, 2019.

*David Owen*
DAVID OWEN, Special Agent
HOMELAND SECURITY INVESTIGATIONS